UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. WOODY,

    Plaintiff,

    v.

MICHAEL DOWNEY, et al.,

    Defendants.

Case No.  13-cv-00647-JST (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 8

    Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED.  Plaintiff shall file his amended complaint no later than **August 30, 2013**.

    This order terminates Docket No. 8.

    **IT IS SO ORDERED**.

Dated: July 18, 2013

                                                            JON S. TIGAR
                                                   United States District Judge