UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WOODY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL DOWNEY, et al.,<br><br>  Defendants. | Case No.  13-cv-00647-JST (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 8 |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **August 30, 2013**.

This order terminates Docket No. 8.

**IT IS SO ORDERED**.

Dated: July 18, 2013

_____
JON S. TIGAR
United States District Judge