UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WOODY,<br>Plaintiff,<br>v.<br>MICHAEL DOWNEY, et al.,<br>Defendants. | Case No. 13-cv-00647-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On February 13, 2013, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 4, 2013, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

Plaintiff then filed a motion for an extension of time in which to file his amended complaint. The Court granted the motion and ordered plaintiff to file an amended complaint no later than August 30, 2013. To date, plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: September 10, 2013

JON S. TIGAR
United States District Judge